# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS T. GREISER, JR.**<br>   **Plaintiff,**<br>v.<br>**JOANNE L. DRINKARD,** *et al.*<br>   **Defendants.** | **CIVIL ACTION NO. 18-5044** |

## ORDER

**AND NOW**, this 2nd day of February 2021, upon consideration of the Motion for Leave to File a Second Amended Complaint and the Motion to Dismiss, and all of the parties' responses and replies, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

  1. Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. No. 71] is **DENIED**.

  2. Defendants' Motion to Dismiss [Doc. No. 73] is **GRANTED** and all claims are dismissed as set forth in the Memorandum Opinion.

  3. The Clerk is directed to **CLOSE** the case.

  It is so **ORDERED.**

                BY THE COURT:

                /s/ Cynthia M. Rufe

                _____
                **CYNTHIA M. RUFE, J.**